IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SZELES REAL ESTATE DEVELOPMENT COMPANY, L.P. | : : : | CIVIL ACTION |
| v. | : : | |
| THE HARTFORD CASUALTY INSURANCE COMPANY | : : | NO. 12-7145 |

### ORDER

**AND NOW,** this 25th day of July, 2013, upon consideration of Defendant The Hartford Casualty Insurance Co.'s Motion to Dismiss (Docket No. 8), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File a Reply Brief (Docket No. 10) is **GRANTED**.

2. Defendant's Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.